**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **TALEN ENERGY CORPORATION,** | § | **Case No. 22-90339 (MI)** |
| | § | |
| **Debtor.** | § | |
| | § | |
| **TALEN MONTANA, LLC as a Reorganized Debtor, and TALEN ENERGY SUPPLY, LLC,** | § | |
| **Plaintiffs/Counterclaim Defendants,** | § | |
| | § | |
| **v.** | § | **Adversary Proc. No. 22-09001** |
| | § | |
| **PPL CORP., CEP RESERVES, INC., PPL CAPITAL FUNDING, INC., PPL ELECTRIC UTILITIES CORP., AND PPL ENERGY FUNDING CORP.,** | § | |
| **Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **RIVERSTONE HOLDINGS, LLC, TALEN ENERGY CORPORATION, TALEN ENERGY HOLDINGS, INC., RAVEN POWER HOLDINGS LLC, C/R/ ENERGY JADE, LLC, AND SAPPHIRE POWER HOLDINGS LLC,** | § | |
| **Third-Party Defendants** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE OF TALEN GUC TRUST

PLEASE TAKE NOTICE that, pursuant to Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, each of the undersigned counsel hereby appears on behalf of the Talen GUC Trust, and requests copies of all notices, pleadings, orders, and other documents brought before this Court with respect to the above-captioned proceeding, whether formal or informal, be

served on the Talen GUC Trust by and through its counsel as follows:

| | |
|---|---|
| Ayala A. Hassell, Esquire<br>Benjamin L. Wallen, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>440 Louisiana Street, Suite 900<br>Houston, TX 77002<br>Telephone:  (713) 691-9385<br>Email:  ahassell@pszjlaw.com<br>Email: bwallen@pszjlaw.com | Judith Elkin, Esquire<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email:  jelkin@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that  neither this notice nor any prior or later appearance, pleading, or suit shall waive any right of the Talen GUC Trust to (1) have final orders in non-core matters entered only after *de novo* review by a District Court judge, (2) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of the Bankruptcy Court for any purpose, or (5) any other right(s), defense(s), setoff(s) or recoupment(s), under agreements, in law, in equity, or otherwise, all of which are expressly reserved.

Dated:  August 28, 2023              Respectfully submitted,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Benjamin L. Wallen*
Ayala A. Hassell (TX Bar No. 01009800)
Benjamin L. Wallen (TX Bar No. 24102623)
440 Louisiana Street, Suite 900
Houston, TX 77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email:  ahassell@pszjlaw.com
          bwallen@pszjlaw.com

- and –

DOCS_NY:47619.1 82853/003

Judith Elkin, Esq. (TX Bar No. 06522200)
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7781
Facsimile:  (212) 561-7777
Email:   jelkin@pszjlaw.com

*Counsel to the Talen GUC Trust*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 28, 2023, a true and correct copy of the foregoing Notice of Appearance was served by this court's CM/ECF to all parties that are registered to receive such notice in the above cases.

*/s/ Benjamin L. Wallen*
Benjamin L. Wallen